STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTOPHER J. CARLBERG (CABN 269242)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    christopher.carlberg2@usdoj.gov

Attorneys for United States of America

FILED
Oct 30 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:22-MJ-71182-MAG |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] DETENTION ORDER |
| v. | ) |
| ISAIA ARTIAGA-CRUZ, | ) |
|     a/k/a, "Isaias Yafeth Arteaga-Cruz," | ) |
| Defendant. | ) |

On September 9, 2022, defendant Isaia Artiaga-Cruz, a/k/a Isaias Yafeth Arteaga-Cruz, was charged by Criminal Complaint with possession with intent to distribute fentanyl, in violation of Title 21 U.S.C. § 841(a)(1), (b)(1)(C).

This matter came before the Court on October 14, 2022 for a detention hearing. The defendant was present and represented by Candis Mitchell. Special Assistant United States Attorney Christopher J. Carlberg appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention. The government also previously submitted a memorandum in support of its motion for detention on October 6, 2022 (Dkt. 6).

1  Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings, along with those stated on the record, as the bases for its conclusion:  (1) the defendant has few personal ties to the community; (2) the defendant has close personal ties to his county of birth, Honduras; (3) it is unclear where the defendant has been residing; and (4) the defendant was not forthcoming when interviewed by Pretrial Services and frequently declined to provide the last names of individuals with whom he claims to be associated.  These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:   October 30, 2022

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] DETENTION ORDER          2          v. 11/01/2018
3:22-MJ-71182-MAG